STATE OF NEW JERSEY v. LENZA OWENS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY BRANCH.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY M. DAVIS.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD COLLIER.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANNIE MCALLISTER.

September 6, 1989.

Petition for certification denied.